UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TENNESSEE ENVIRONMENTAL COUNCIL,
TENNESSEE SCENIC RIVERS
ASSOCIATION, SIERRA CLUB, and
CENTER FOR BIOLOGICAL DIVERSITY,
Plaintiffs,

      v.                            No. 3:13-cv-00383
                                       Judge Haynes

TENNESSEE VALLEY AUTHORITY,
Defendant.

## TVA's MOTION TO TRANSFER VENUE

Pursuant to 28 U.S.C. § 1404(a) (2006 & Supp. V 2011), the Tennessee Valley Authority (TVA) respectfully moves the Court for an Order transferring this case to the United States District Court for the Eastern District of Tennessee. As grounds for its motion, TVA states that this case could have been brought in the Eastern District of Tennessee ("Eastern District"), that this case is related to a before-settled matter in the Eastern District, that the Eastern District retains jurisdiction over the previous matter, and that transfer of this matter will promote judicial economy and the integrity of the Federal courts. A brief in support of this motion is submitted herewith.

                                       Respectfully submitted,

                                       *s/Tricia L. Roelofs*
                                       Edwin W. Small, Deputy General Counsel
                                       Maria V. Gillen, Senior Attorney
                                       Tricia L. Roelofs, Attorney
                                       TVA GENERAL COUNSEL'S OFFICE
                                       400 West Summit Hill Drive
                                       Knoxville, Tennessee 37902-1401
                                       Telephone 865.632.6225

                                       Attorneys for Tennessee Valley Authority

3640435

1

## CERTIFICATE OF SERVICE

I certify that on May 20, 2013, the foregoing document was filed electronically through the Court's ECF system. Notice of this filing will be sent by operation of the Court's ECF system to all parties as indicated below.

Delta Anne Davis, Esq.
Southern Environmental Law Center
2 Victory Avenue, Suite 500
Nashville, Tennessee 37213
adavis@selctn.org

Nathan Travis Moore , Esq.
Southern Environmental Law Center
2 Victory Avenue, Suite 500
Nashville, Tennessee 37213
nmoore@selctn.org

John T. Suttles, Jr., Esq.
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, North Carolina 27516-2356
jsuttles@selcnc.org

Abigail M. Dillen, Esq.
Earthjustice
156 William Street, Suite 800
New York, New York 10038
adillen@earthjustice.org

Craig H. Segall, Esq.
Sierra Club
50 F Street NW
8th Floor
Washington, DC 20001
craig.segall@sierraclub.org

*s/Tricia L. Roelofs*
Attorney for Tennessee Valley Authority

2